

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

H-20-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:20CR 246 (JAM) |
| v. | : | ToF |
| MANUEL EMILIO MINYETTYS-RAMIREZ, a.k.a. Jeison Marinez-Matos | : | VIOLATION: 8 U.S.C. §§ 1326(a) and (b)(1) (Reentry of Removed Alien) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Reentry of Removed Alien)

On or about March 21, 2020 in the District of Connecticut, the defendant MANUEL EMILIO MINYETTYS-RAMIREZ, a.k.a Jeison Marinez-Matos, being an alien who had previously been deported and removed from the United States to the Dominican Republic, following his conviction on December 1, 2016, in the New York County Supreme Court, case number 01790N-2016, of a felony, that is, Criminal Possession of a Controlled Substance/Narcotic, in violation of New York Penal Law 220.16 (12), was found in the United States, that is, in Bridgeport, Connecticut, without first having obtained the express consent of the Attorney General of the United States or his successor, the Secretary of the Department of Homeland Security, to reapply for admission into the United States.

1

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT U.S. ATTORNEY

_____
DEBORAH R. SLATER
ASSISTANT U.S. ATTORNEY

2