UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Cr. No. 3:20CR246(JAM)(TOF) |
| MANUEL EMILIO MINYETTYS-RAMIREZ, | : | December 9, 2020 |
| a.k.a. Jeison Marinez-Matos | : | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf by Deborah R. Slater, Assistant United States Attorney, and respectfully informs this Honorable Court:

1. On Tuesday, December 15, 2020, at 4:00 p.m., (via ZOOM), there will come before the Honorable Thomas O. Farrish, United States Magistrate Judge, at 450 Main Street, Hartford, Connecticut, the criminal case of United States v. MANUEL EMILIO MINYETTYS-RAMIREZ, a.k.a. Jeison Marinez-Matos, Criminal Number 3:20CR246 (JAM)(TOF).

2. That the above named defendant, MANUEL EMILIO MINYETTYS-RAMIREZ, a.k.a. Jeison Marinez-Matos (Inmate No. 434463), is charged with illegal reentry into the United States.

3. That the said MANUEL EMILIO MINYETTYS-RAMIREZ, a.k.a. Jeison Marinez-Matos, is now confined at Bridgeport Correctional Center, Bridgeport, Connecticut.

4. That the said MANUEL EMILIO MINYETTYS-RAMIREZ, a.k.a. Jeison Marinez-Matos, should be presented (via ZOOM) before said District Court of the United States, District of Connecticut, at said time and place so said defendant may be prosecuted for said offense.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Department of Correction, Bridgeport Correctional Center, Bridgeport, Connecticut, and the United States Marshals for the District of Connecticut, or any of his proper deputies, or Federal Law Enforcement Officers, ordering them to produce (via ZOOM) the said MANUEL EMILIO MINYETTYS-RAMIREZ, a.k.a. Jeison Marinez-Matos (Inmate No. 434463), at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on Tuesday, December 15, 2020, at 4:00

p.m., under safe and secure conduct.

I declare under penalty of perjury that the foregoing is true and correct.

UNITED STATES OF AMERICA

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Deborah R. Slater /gms*

DEBORAH R. SLATER
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct04786
450 Main Street, Room 328
Hartford, CT 06103
(860) 947-1101