**3:20CR246 (JAM)(TOF)          (via ZOOM)**

**THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE WARDEN, DEPARTMENT OF CORRECTION, BRIDGEPORT CORRECTIONAL CENTER, BRIDGEPORT, CONNECTICUT, THE UNITED STATES MARSHALS FOR THE DISTRICT OF CONNECTICUT, OR ANY OF HIS PROPER DEPUTIES OR FEDERAL LAW ENFORCEMENT OFFICERS,**

**G R E E T I N G S:**

You are hereby commanded to turn over to the United States Marshals for the District of Connecticut, or any of his proper deputies or Federal Law Enforcement Officers, the body of said **MANUEL EMILIO MINYETTYS-RAMIREZ, a.k.a. Jeison Marinez-Matos (Inmate No. 434463),** now detained under your custody, as it is said, under safe and secure conduct, so that the United States Marshals for the District of Connecticut, or any of his proper deputies or Federal Law Enforcement Officers, may have the said **MANUEL EMILIO MINYETTYS-RAMIREZ, a.k.a. Jeison Marinez-Matos (via ZOOM),** before the Honorable Thomas O. Farrish, United States Magistrate Judge, United States District Court, District of Connecticut, at the United States Courthouse, 450 Main Street, Hartford, Connecticut, on Tuesday, December 15, 2020, at 4:00 p.m., at which time the United States of America will prosecute the said **MANUEL EMILIO MINYETTYS-RAMIREZ, a.k.a. Jeison Marinez-Matos,** for

illegal reentry into the United States.   Immediately, upon the

conclusion of the case, the United States Marshals for the District of

Connecticut, or any of his proper deputies or Federal Law Enforcement

Officers, shall return the said MANUEL EMILIO MINYETTYS-RAMIREZ,

a.k.a. Jeison Marinez-Matos, to the Warden, Department of Correction,

Bridgeport Correctional Center, Bridgeport, Connecticut, under safe and

secure conduct.

    /s/ Robert Wood - Deputy Clerk
**ROBERTA TABORA, CLERK**
**UNITED STATES DISTRICT COURT**

**The foregoing Writ is hereby allowed.**
**dated at Hartford, Connecticut,**
**this _11th_ day of December, 2020.**

/s/ TOF    Date: 2020.12.11
           09:51:16 -05'00'
**THOMAS O. FARRISH**
**UNITED STATES MAGISTRATE JUDGE**